### STATE v. ANTHONY EVANS.[1]

June 12, 1903.

Nos. 13,413—(23).

Appeal by defendant from an order of the municipal court of Minneapolis, Holt, J., denying a motion for a new trial, after a trial and conviction of the offense of selling malt liquors without a license. Affirmed.

*Frank Healy* and *A. C. Finney*, for the State.

*Erwin & Mead*, for appellant.

PER CURIAM.

The questions presented for review on the appeal in this case are the same as those considered and determined in the opinion in State v. Gill, supra, page 502. That case rules this one, and the order appealed from is affirmed.

[1] Reported in 95 N. W. 1133.